# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS MARTINEZ, an individual, | Case No.: SACV18-1477 AG (DFMx) |
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| CITY OF SANTA ANA, a municipality; OFFICER JOHN PACE, an individual, and DOES 1 – 10, inclusive, | |
| Defendants. | |

IT IS HEREBY ORDERED, following stipulation of counsel, that the above-entitled action is hereby dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

IT IS SO ORDERED.

DATED: July 24, 2019

_____
Honorable Andrew Guilford
United States District Judge

-1-

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE